IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20837
Conference Calender
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DEBORAH HOFFMAN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR H-96-39-2
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Deborah Hoffman has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Our independent review of the brief, Hoffman's response, and the record discloses no nonfrivolous issues. 5th Cir. R. 42.2. Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.